```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

FILED
DEC 17 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>4539 N. BRAWLEY AVE., SUITE 102 & 103, FRESNO, CALIFORNIA 93722<br><br>801 MCHENRY AVENUE, MODESTO, CALIFORNIA 95350<br><br>1566 & 1590 W. 16TH STREET, MERCED, CALIFORNIA 95340<br><br>727 MCHENRY AVENUE, MODESTO, CALIFORNIA 95350<br><br>1343 LUKE DRIVE, MERCED, CALIFORNIA 95340<br><br>725 MCHENRY AVENUE, MODESTO, CALIFORNIA 95350<br><br>4116 ACCLAIM COURT, MODESTO, CALIFORNIA 95356<br><br>4009 CALISTOGA COURT, MODESTO, CALIFORNIA 95356<br><br>        Defendants. | Case No:  1:08 SW 00290 SMS<br>            1:08 SW 00291 SMS<br>            1:08 SW 00292 SMS<br>            1:08 SW 00293 SMS<br>            1:08 SW 00294 SMS<br>            1:08 SW 00295 SMS<br>            1:08 SW 00296 SMS<br>            1:08 SW 00297 SMS<br><br>ORDER UNSEALING<br>SEARCH WARRANTS |

    The Search Warrants, having been sealed by Order of this Court pursuant, and it appearing that it no longer need remain secret,

1  IT IS HEREBY ORDERED that the Search Warrants be unsealed and
2  made public record.

6  DATED: 12/17/08                    _____
                                       United States Magistrate Judge